PS 8

(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Ladan Mohamed Ali        Docket No. 0864 0:24CR00173-005(DSD-DLM)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Bradley A. Rupprecht, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Ladan Mohamed Ali** who was placed under pretrial supervision by the Honorable Douglas L. Micko, sitting in the Court at St. Paul on the 27th day of July, 2024, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Weapons Restriction
- Report Contact with Law Enforcement
- Residential Requirements

Ms. Ali is pending sentencing for the offense of Bribery of a Juror, in violation of 18 U.S.C. § 201. A sentencing date is not scheduled.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3142.

Ladan Ali was arrested on February 14, 2025, and has subsequently been charged in Hennepin County, Minnesota, District Court with Third Degree Driving While Impaired (gross misd.), Third Degree Operate Motor Vehicle – Alcohol Concentration .08 Within 2 Hours (gross misd.), Traffic Collision – Driver Fails to Give Information (misd.), and Obstruct Official Duties – Peace Officer (misd.). (Docket No.: 27-CR-25-3968).

PRAYING THAT THE COURT WILL ORDER:

That a summons be issued and a hearing be held to show cause why her pretrial release should not be modified or revoked.

ORDER OF THE COURT

Considered and ordered this  19th  day of  February , 2025, and ordered filed and made a part of the records in the above case.

s/David S. Doty
David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Bradley A. Rupprecht
Bradley A. Rupprecht
U.S. Probation Officer
612-664-5377

Executed on   February 19, 2025

Place   Minneapolis

Approved:

s/Nicole Smith
Michael F. Alberts
Supervisory U.S. Probation Officer